## RASCH *v.* HIS CREDITORS.

The syndics of the creditors of an insolvent by whom bank stock had been pledged to secure the payment of a loan, cannot resist the right of the creditor to have the stock sold for the re-payment of the amount loaned, on the ground that the sale could only be made at a great sacrifice. There is no alternative, but to redeem the stock by paying the debt for which it was pledged, or to sell it.

APPEAL from the District Court of the First District, *Buchanan*, J. The judgment of the court was pronounced by

EUSTIS, C. J. The insolvent had pledged to the New Orleans Improvement and Banking Company one hundred and five shares of the capital stock of the company, to secure the payment of a sum of money loaned.

The creditor applies to the court to compel the syndic to sell this stock, in order that the proceeds may be applied to the extinguishment of the debt.

We do not see how the right of the creditor can be questioned to have the thing pledged to him sold, nor do we think that any thing is gained to the creditors of Rasch, by protracting the liquidation of the affairs of the syndicate by delaying to dispose of the property surrendered.

RASCH
v.
HIS CREDITORS

If a great sacrifice would be made by the sale, there is nothing to prevent the redemption of the stock by the creditors of Rasch; but there is no other alternative but the payment of the debt to the creditor, or the sale of the stock by the syndic.

The judgment of the District Court is, therefore, reversed, and the syndic ordered to sell the stock, as prayed for by the appellants; the appellee paying costs in both courts.

*Marsoudet*, for the appellants.    *Roselius*, for the syndics.